## People of the State of Illinois, Plaintiff-Appellee, v. Robert C. Prano, Defendant-Appellant.

### Gen. No. 49,076.

First District, Third Division.
November 6, 1963.

Leonard Karlin, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and John J. O'Toole, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full.